UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LAUDRIA L. AGEE,

    Plaintiff,

v.                                               CASE NO: 8:09-cv-2146-T-23TBM

UNITED STATES DEPARTMENT
OF LABOR,

    Defendant.
_____/

## O R D E R

Pursuant to Local Rule 6.01(c)(18), the plaintiff's Affidavit of Indigency" (Doc. 2) was referred to the United States Magistrate Judge. On November 3, 2009, the Magistrate Judge issued a report (Doc. 3) recommending dismissal of this case, <u>sua sponte</u>, for failure to state a claim. No party objects to the report, and the time for filing objections has expired. Accordingly, the Magistrate Judge's report and recommendation (Doc. 3) is **ADOPTED**. The plaintiff's motion (Doc. 2) is **DENIED WITHOUT PREJUDICE**. Pursuant to 28 U.S.C. § 1915, the complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**. On or before **December 14, 2009**, the plaintiff shall file an amended complaint that complies with the pleading requirements of the Federal Rules of Civil Procedure. Failure to file an amended complaint will result in dismissal of this action without further notice.

ORDERED in Tampa, Florida, on November 25, 2009.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE