UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LAUDRIA L. AGEE,

    Plaintiff,

v.                                              CASE NO: 8:09-cv-2146-T-23TBM

UNITED STATES DEPARTMENT
OF LABOR,

    Defendant,
_____/

## **O R D E R**

Pursuant to Local Rule 6.01(c)(18), the plaintiff's "Affidavit of Indigency" (Doc. 13) was referred to the United States Magistrate Judge. On June 28, 2010, the Magistrate Judge issued a report (Doc. 17) construing the document as a motion for leave to appeal in forma pauperis and recommending denial of the motion. No party objects to the report, and the time for filing objections has expired. Accordingly, the Magistrate Judge's report and recommendation (Doc. 17) is **ADOPTED**. The plaintiff's appeal is not maintained in good faith and is frivolous. 28 U.S.C. § 1915(a). Accordingly, the plaintiff's motion (Doc. 13) for leave to appeal in forma pauperis is **DENIED**.

ORDERED in Tampa, Florida, on July 16, 2010.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE